1
2
3

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

4
5
6
7
8
9

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the Federal Defendant*

10
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12
13

Lander County, a political subdivision of
the State of Nevada,

Case No. 2:22-cv-00150-APG-EJY

14
15

Plaintiff,

16

v.

17

United States Department of the Army,

18

Defendant.

**Joint Notice of Settlement
And
Stipulation and Order to Vacate
Deadline for Proposed Joint Pretrial Order**

19

20      Plaintiff and Defendant notify the Court that they have agreed on a resolution of this

21 matter. It will take several weeks for the parties to implement the resolution.

22      Accordingly, the parties respectfully request that the Court (i) vacate the May 18,

23 2023, deadline to file a proposed joint pretrial order and (ii) set a date in approximately 60

24 days by which the parties shall file either (a) stipulation to dismiss this action with prejudice,

25

26

27

28

each party to bear its own attorneys' fees and costs, or (b) a joint status report concerning the matter.

Respectfully submitted this 3rd day of May 2023.

MARQUIS AURBACH

/s/ Cody S. Mounteer
CODY S. MOUNTEER, Esq.
Nevada Bar No. 1120
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
cmounteer@maclaw.com
*Attorneys for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for Federal Defendant*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that on or before July 5, 2023, the parties must file either a stipulation to dismiss this action with prejudice with each party to bear its own attorneys' fees and costs or file a joint status report concerning this matter.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:  May 3, 2023**

2