**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lander County, a political subdivision of the State of Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of the Army,<br><br>Defendant. | Case Number:<br>2:22-cv-00150-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, LANDER COUNTY, a political subdivision of the State of Nevada and Defendant, UNITED STATES DEPARTMENT OF THE ARMY (collectively, the "Parties"), by and through their respective counsel of record, that this action SHALL BE DISMISSED WITH PREJUDICE, with each Party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:13257-005 4943379_1 6/8/2023 3:48 PM

| | |
|---|---|
| Dated this 8th day of June, 2023 | Dated this 8th day of June, 2023 |
| **MARQUIS AURBACH** | **JASON M. FRIERSON**<br>**UNITED STATES ATTORNEY** |
| By: */s/Cody S. Mounteer, Esq.*<br>　Cody S. Mounteer, Esq.<br>　Nevada Bar No. 11220<br>　10001 Park Run Drive<br>　Las Vegas, Nevada  89145<br>　Attorney(s) for Plaintiff | By: */s/Patrick A. Rose, Esq.*<br>　PATRICK A. ROSE<br>　Assistant United States Attorney<br>　501 Las Vegas Blvd. South, Suite 1100<br>　Las Vegas, NV 89101<br>　Attorney for Defendant |

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2:22-cv-00150-APG-EJY
Lander County v. United States Department of the Army

DATED: June 12, 2023